IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| WINGFIELD | : | |
| v. | : | Civil Action No. 09-75119 |
| GEORGIA PACIFIC CORP., LLC, ET AL., | : | |

FILED
AUG 26 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## O R D E R

**AND NOW**, this **26th** day of **August 2011**, it is hereby **ORDERED** that the Report and Recommendation issued by Chief Magistrate Judge Thomas J. Rueter (doc. no. 181) issued on June 3, 2011, is **ADOPTED**.[1]

It is further **ORDERED** that Defendant Georgia Pacific's Motion for Summary Judgment (doc. no. 87) is **GRANTED**.

It is further **ORDERED** that Defendant Owens-Illinois, Inc.'s Motion for Summary Judgment (doc. no. 99) is **GRANTED**.

**AND IT IS SO ORDERED.**

_____
Eduardo C. Robreno, J.

---

[1] No objections were filed within fourteen (14) days as provided for by Local Rule of Civil Procedure 72.1.